DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELVIS MAHIC,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-802

_____

February 7, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.